# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MONICA CRUTHIS, formerly
known as Monica Farrester                                    PLAINTIFF

v.                          No. 4:17-cv-570-DPM

FINANCIAL CREDIT SERVICES,
INC., d/b/a ARA, Inc., d/b/a
Asset Recovery Associates; and
BRUCE COHEN                                                  DEFENDANTS

## ORDER

It's been more than ninety days since Cruthis filed her complaint. No answer or Rule 12 motion has been filed. Summons issued; but the docket is silent about service. Cruthis must file proof of service, or move to reopen and extend the service period for good cause shown, by 10 January 2018. FED. R. CIV. P. 4(m). If she doesn't, the Court will dismiss her complaint without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 December 2017