# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MONICA CRUTHIS, formerly
known as Monica Farrester                                    PLAINTIFF

v.                          No. 4:17-cv-570-DPM

FINANCIAL CREDIT SERVICES,
INC., d/b/a ARA, Inc., d/b/a
Asset Recovery Associates; and
BRUCE COHEN                                                  DEFENDANTS

## ORDER

Cruthis hasn't file anything since the Court's last order, № 2, and her deadline has passed. The complaint, № 1, will therefore be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2018