# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MONICA CRUTHIS, formerly
known as Monica Farrester                                    PLAINTIFF

v.                          No. 4:17-cv-570-DPM

FINANCIAL CREDIT SERVICES,
INC., d/b/a ARA, Inc., d/b/a
Asset Recovery Associates; and
BRUCE COHEN                                                  DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2018